No. 76–5724.   POWELL v. ALABAMA.   C. A. 5th Cir.   Certiorari denied.

No. 76–5741.   OMERNICK v. CROOKS ET AL.   C. A. 7th Cir. Certiorari denied.

No. 76–5744.   HOGAN v. ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir.   Certiorari denied.

No. 76–5745.   TANNER v. VINCENT, CORRECTIONAL SUPERINTENDENT.   C. A. 2d Cir.   Certiorari denied.

No. 76–5751.   MORITH v. BARR ET AL.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 76–5753.   HILL v. MINNESOTA.   Sup. Ct. Minn.   Certiorari denied.

No. 76–5754.   SCOTT, AKA WHATLEY v. WISCONSIN.   Sup. Ct. Wis.   Certiorari denied.

No. 76–5755.   SMITH v. WASHINGTON.   Ct. App. Wash. Certiorari denied.

No. 76–5760.   FIELDS v. NEW YORK.   App. Div., Sup. Ct. N. Y., 2d Jud. Dept.   Certiorari denied.

No. 76–5762.   BAILEY v. DELAWARE CORRECTIONAL CENTER. C. A. 3d Cir.   Certiorari denied.

No. 76–5765.   MILLER v. MILLER.   C. A. 7th Cir.   Certiorari denied.

No. 76–5772.   BAKER v. UNITED STATES ET AL.   C. A. 7th Cir.   Certiorari denied.